# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLEARLY CLEAN PRODUCTS, LLC**, *et al.* | **CIVIL ACTION** |
| Plaintiffs, | |
| *v.* | **NO. 20-4723-KSM** |
| **TEKNI-PLEX, INC.**, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 7th day of July, 2026, upon consideration of Defendants Dolco, LLC and Tekni-Plex, Inc.'s Motion to Dismiss Counts Nine and Ten in Plaintiffs' Amended Complaint (Doc. No. 78), Plaintiffs' Response in Opposition (Doc. No. 81), Defendants' Reply in Support (Doc. No. 83), and for the reasons set out in the accompanying memorandum, it is **ORDERED** that Defendants' Motion (Doc. No. 78) is **GRANTED**. Counts Nine and Ten in Plaintiffs' Amended Complaint are **DISMISSED WITH PREJUDICE**. Defendants are to file their Answer to Plaintiffs' Amended Complaint no later than **July 21, 2026**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**