IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLEARLY CLEAN PRODUCTS, LLC**, *et al.*,<br>Plaintiffs & Counter-Defendants,<br>*v.*<br>**TEKNI-PLEX, INC.**, *et al.*,<br>Defendants & Counter-Plaintiffs. | **CIVIL ACTION**<br>**NO. 20-4723-KSM** |

**ORDER**

**AND NOW**, this 23rd day of October, 2026, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Court construes the following claim terms of U.S. Patent No. 9,908,281 (the '281 Patent); U.S. Patent No. 10,189,624 (the '624 Patent); U.S. Patent No. 10,076,865 (the '865 Patent); U.S. Patent No. 10,399,268 (the '268 Patent); and U.S. Patent No. 10,562,222 (the '222 Patent) as follows:

| Claim Term | Court's Construction |
|---|---|
| "being suitable for sealing a sealing film thereto using either of VSP and MAP sealing technologies" | "being suitable for sealing a sealing film thereto by using each of VSP and MAP sealing technology separately" |
| "tray-shaped" | no construction needed; plain and ordinary meaning |
| "stacking extension(s)" | "localized portions of the rolled edge that are taller than much of the remaining rolled edge and are configured to space nested trays apart at other portions of their rolled edges" |
| "substantially constant" | "plain and ordinary meaning – the height of the spacer is largely but not exactly constant" |
| "Glass Transition Temperature" | "the characteristic softening temperature associated with the glass transition of the particular thermoplastic material" |

| | |
|---|---|
| "heating at least a portion of the spacer to at least the glass transition temperature of the thermoplastic" | "heating at least a portion of the spacer of the formed sheet to at least the glass transition temperature of the thermoplastic; heating may overlap with impingement" |
| "heating the bent portion to at least the glass transition temperature of the thermoplastic" | "heating the bent portion of an existing deflectable flange to at least the glass transition temperature of the thermoplastic; heating may overlap with initial impingement" |

**IT IS SO ORDERED.**

***/s/ Karen Spencer Marston***

**KAREN SPENCER MARSTON, J.**